IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HECTOR B. MEADOWS, | : |
| Plaintiff. | : |
| VS. | : |
| UNNAMED DEFENDANT(S), | : |
| Defendants. | : NO. 7:13-CV-73-HL-TQL |
| | : **O R D E R** |

Plaintiff **HECTOR B. MEADOWS** filed in this Court a *pro se* civil rights complaint under 42 U.S.C. § 1983.  By Order dated June 4, 2013, the Court instructed Plaintiff to file his complaint on the Court's 42 U.S.C. § 1983 form and to either pay the $350.00 filing fee or submit a request to proceed *in forma pauperis* (Doc. 5).  The Court expressly informed Plaintiff that if he failed to comply with the Court's directive within twenty-one (21) days, his case would be dismissed.  To date, Plaintiff has failed to comply with the above instructions or otherwise respond to the Court's Order.  Plaintiff's complaint is therefore **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 2nd day of July, 2013.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr